# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00689-CV

---

**Brad Cullipher and Valerie Gray, Appellants**

**v.**

**Michael R. Levy, Appellee**

---

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-007584, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On April 16, 2025, appellant Valerie Gray filed a suggestion of bankruptcy in this appeal, notifying the Court that she filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas on April 15, 2025. *See* Tex. R. App. P. 8.1. The bankruptcy proceeding case number is 25-10524-smr. Pursuant Rule 8.2, we abate the appeal and suspend all appellate deadlines, including appellants' current briefing deadline, until a party files a motion to reinstate or a motion to sever. *See id.* R. 8.2, 8.3. Appellant Gray shall inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Failure to provide such notice may result in the dismissal of this appeal for want of prosecution. *See id.* R. 42.3(b), (c). Appellants' pending May 7, 2025 motion for extension of time to file their appellants' brief is dismissed as moot.

Before Chief Justice Byrne, Justices Kelly and Ellis

Bankruptcy

Filed: May 16, 2025